Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Brian A. Neighbarger, Esq.
Nevada Bar No. 11225
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
calexander@swlaw.com
bneighbarger@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.
and U.S. Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES A. HULIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SERVICING COMPANY, a division of WELLS FARGO BANK, N.A., an unknown foreign entity, U.S. BANK, N.A., as TRUSTEE FOR CREDIT SUISSE FIRST BOSTON ARMT 2005-11, an unknown foreign entity, DOE DEFENDANTS, I through X, inclusive, ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE 2:10-cv-01139-RLH-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS THIS ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff James A. Hulin ("Plaintiff"), through counsel, Jamie S. Cogburn, Esq. of Cogburn Law Offices, and Defendants, Wells Fargo Bank, N.A., named in this suit as American [sic] Servicing Company, a division of Wells Fargo Bank, N.A. ("Wells Fargo") and U.S. Bank, N.A. as Trustee for Credit Suisse First Boston ARMT 2005-11 ("U.S. Bank"), through their counsel, the law firm of Snell & Wilmer L.L.P., that:

Plaintiff Hulin, Wells Faro, and U.S. Bank hereby stipulate to dismiss Plaintiff's Complaint, in full, with prejudice, with each party to bear its own costs and attorney's fees.

12568703.1

The parties further stipulate that all pending deadlines and hearings shall be vacated.

Dated this 22nd day of April, 2011.

COGBURN LAW OFFICES

By: /s/ *signature*
Jamie S. Cogburn, Esq.
Kristin H. Cogburn, Esq.
Cogburn Law Offices
9555 S. Eastern Ave., Suite 280
Las Vegas, NV 89123
Telephone: (702) 384-3616
*Attorneys for Plaintiff*

Dated this 22nd day of April, 2011.

SNELL & WILMER L.L.P.

By: /s/ *signature*
Cynthia L. Alexander, Esq.
Brian A. Neighbarger, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
*Attorneys for Wells Fargo Bank, N.A. and U.S. Bank, N.A.*

## ORDER

IT IS SO ORDERED.

1. Plaintiff James A. Hulin's Complaint is dismissed in full, with prejudice, each party to bear its own costs and attorney's fees; and,

2. All pending deadlines and hearings shall be vacated.

Dated this 25th day of April, 2011.

/s/ Roger L. Hunt
UNITED STATES DISTRICT JUDGE

12568703.1